# Schedule A

| No. | Marketplace | Defendant Name | Merchant ID | Product ID |
|---|---|---|---|---|
| 1 | Amazon | baodanmaiwuling | A11RXXGHG0GKDA | B0DRP381XH |
| 2 | Amazon | caihuashangmao | A165V8OUHK8E00 | B0DSKH6HY8 |
| 3 | Amazon | daoyunshangmao | A16B8HTBO727O4 | B0DRVRSPNY |
| 4 | Amazon | DDideas Beauty | A17C26HS8DU6R8 | B0DR7TRXQ8 |
| | | | | B0DR7XPGCW |
| | | | | B0DW4126TQ |
| | | | | B0DXZ81PFL |
| 5 | Amazon | To your liking | A17UUGTNYO5J60 | B0F2S7T77S |
| | | | | B0F2SPKGZG |
| 6 | Amazon | Nanyangshilipingmaoyiyouxiangongsi | A19HAYFEB6AAM | B0DSJF2Q54 |
| 7 | Amazon | Nanyangshiyuanlimaoyiyouxiangongsi | A1A55K555GQD27 | B0DRVL8SQX |
| 8 | Amazon | GEOMETRIC SHOP | A1AZ7SFNAPFPCC | B0DQWV9GSF |
| 9 | Amazon | Tyuan | A1B74BMEVPBBI9 | B0DYJ84VJY |
| | | | | B0DYJD8ZVS |
| | | | | B0DYJRL2C7 |
| | | | | B0DYJTHND8 |
| 10 | Amazon | Nanyangshishuyamaoyiyouxiangongsi | A1BQO5T6IGC825 | B0DSB8NF2T |
| 11 | Amazon | Perbella-US | A1ECR0AUDSB6KE | B0F2Y9KS2J |
| | | | | B0F2YGGVBK |
| 12 | Amazon | Nanyangshiwanchengquniannianyouyuhuazhuangpindian | A1F8VWHQRLE060 | B0DR5PXDX7 |
| 13 | Amazon | Duan Lang | A1IBDJO8QC7GRY | B0DNT3KXPT |
| 14 | Amazon | TOEPIC | A1M064HT77O8OD | B0DT5ZLXH8 |
| 15 | Amazon | You will surely be happy | A1PDL6FIRTSJM7 | B0CF226K7K |
| | | | | B0CF23TV4P |
| | | | | B0CF249HHS |
| | | | | B0CF24NY75 |
| | | | | B0CF261WYS |
| | | | | B0CKZ4HTVT |
| | | | | B0CKZ4PKT9 |
| 16 | Amazon | nanyangyougengnongyeyouxiangongsi | A1PMOKDKTIUEY6 | B0F6LMGH8Q |
| 17 | Amazon | nanyangshijiewushangmaoyouxiangongsi | A1Q2J913PEEWFK | B0DS61SMZR |
| 18 | Amazon | chenecho | A1Q30G6IKYG61V | B0DY7JV4JH |
| | | | | B0DY7N25HR |
| | | | | B0DY7P2KXR |
| | | | | B0DZJ2PWLX |
| 19 | Amazon | 广州斐滇电子科技<br>(Guangzhou Feidian Electronic Technology) | A1QR74F5W7ALNF | B0DSP48D68 |
| 20 | Amazon | DingYangFuNong | A1SEK5ES2QVIVW | B0DSSX3XWC |
| | | | | B0DSSZG95L |

| | | | | |
|---|---|---|---|---|
| 21 | Amazon | JW-shangmao | A1SFCGLM9WRHPW | B0DWXF9Q9F |
| 22 | Amazon | MAE44NKP22 | A1T65ALJ6CM1WG | B0DT68ZM2Y |
| | | | | B0DT6C4LJY |
| | | | | B0DT6KR4SX |
| | | | | B0DXYJZT9Q |
| 23 | Amazon | ELSAZ | A1TO5WGLXLEP44 | B0DTDCZGN4 |
| | | | | B0DTDFG9BY |
| | | | | B0DTDQ9PK6 |
| | | | | B0DTDWZS53 |
| 24 | Amazon | Interesting little shop 666 | A1TUWPXK3R6Y8C | B0CFXZ75QK |
| | | | | B0CHZCZ7WL |
| | | | | B0CJ278K9B |
| 25 | Amazon | nanyangshijinyishuangmaoyiyouxiangongsi | A1UM37LU3MZ4HO | B0DNZCFV6L |
| 26 | Amazon | Chao Yang Hui | A1WBUIWWK95IZW | B0DY7HT55Z |
| | | | | B0DY7HTGJ7 |
| 27 | Amazon | BSMAX | A1YICALNPZ4YB3 | B0B1DQ1VF1 |
| | | | | B0B1DSB53R |
| 28 | Amazon | xiaojinhuayamaxun | A1ZPGLU4CVRSE0 | B0DTD1MYTT |
| | | | | B0DTDB6QC5 |
| | | | | B0DTDTFC8N |
| 29 | Amazon | TQIUH | A22O1AW2DH52H4 | B0F43HZ9JL |
| | | | | B0F43KZWWX |
| 30 | Amazon | Tobeno.1 | A23A5IZQQSYCQ0 | B0DPMG4XWY |
| | | | | B0DPMGQKQ3 |
| 31 | Amazon | haiganglichao | A23Y5Q0HI267C2 | B0DWFC5VCS |
| 32 | Amazon | Hard work creates miracles | A26895QIE8K9AN | B0DSSF82TK |
| 33 | Amazon | Uniqueplace-US | A287Z34ULWR3I4 | B0DSJNSZFB |
| 34 | Amazon | Perbella | A29GFVYJ7KANNE | B0DTHM1XJV |
| | | | | B0DTHMNC7Q |
| 35 | Amazon | CAIKUIZEI | A2BBLTTP4IZ2K2 | B0B7RBHZ8Y |
| | | | | B0B7RC7TT5 |
| 36 | Amazon | canchenshangmaoy | A2BJIHX5DJ1RP7 | B0DRSD5LCP |
| | | | | B0DRSD832W |
| | | | | B0DRSF4H72 |
| | | | | B0DRSGBPFD |
| | | | | B0DRSGG87X |
| | | | | B0DRSHHL2X |
| 37 | Amazon | REMIMPI | A2CGW1D6N0VSHD | B0DP2PHK4X |
| | | | | B0DP2PZZ7C |
| | | | | B0DP2Q81HL |
| | | | | B0DP2R58M8 |
| | | | | B0DP2RKWKW |
| 38 | Amazon | WYY Goodies Store | A2MDH4YA15TGL5 | B0F4W9CMWF |
| | | | | B0F4WNXK2R |
| 39 | Amazon | byshangmao666 | A2Q4PA4NF1S0WE | B0CJFV9X9Z |
| | | | | B0CJFX9L1H |
| 40 | Amazon | Tina Home ☆☆☆☆☆ (Tina Home) | A2QNPVWCC4P4T | B0DRVMXTF3 |
| | | | | B0DRVQY5RD |

| | | | | |
|---|---|---|---|---|
| 41 | Amazon | Sheqixianfeiyushangmaoyouxiangongsi | A2TACETD76LT7N | B0DP6QKJWT |
| 42 | Amazon | Boluo-us | A2UD9JKAKGDN7X | B0DSZNL32F |
| | | | | B0DSZQMXGN |
| | | | | B0DSZXHD1D |
| 43 | Amazon | OWNAWANT | A327M9O1C44T5W | B0DS1X8X7L |
| | | | | B0DS1XB9RS |
| | | | | B0DS1XCZ9C |
| 44 | Amazon | xingzhengchuanmei | A33KSSMO92RB1D | B0F6LM7FHF |
| | | | | B0F6LQL95X |
| 45 | Amazon | HAZZEL | A34TL9XQEWTBD5 | B0DSSLNPCP |
| 46 | Amazon | glovbeauty | A3A9VBAYLLFNQ7 | B0DSJCFDZL |
| | | | | B0DSJCLFHV |
| | | | | B0DSJCWDLY |
| | | | | B0DSJDWFH6 |
| 47 | Amazon | leekingtutu | A3C7E18HS8RQZP | B0DDHQK4H3 |
| 48 | Amazon | YunQing | A3CT4FDU195TMV | B0DP24HMG6 |
| 49 | Amazon | YiChuang-US | A3DS7CLX6FU26U | B0DQ3JLG1W |
| 50 | Amazon | 郑州颇趣网络 (Zhengzhou Poqu Network) | A3E4DMHITJD121 | B0CJBXJD12 |
| | | | | B0CJBXM4PN |
| | | | | B0CJBYFFRG |
| 51 | Amazon | YaoWangMiaoBanGongLou | A3GYBOXJ83RCAI | B0DY77SGGD |
| | | | | B0DY78HMMD |
| | | | | B0DY78PXY2 |
| 52 | Amazon | mqww | A3ISKQPKNPTAX6 | B0DWSBWJ2R |
| | | | | B0DWSF7QPN |
| | | | | B0DWSTYGZ6 |
| 53 | Amazon | JPixPort. | A3K9AA86OK4COF | B0DRSKGH5R |
| 54 | Amazon | FirstTon | A3N4ELFEXM3XXW | B0DP4YY8WX |
| | | | | B0DP4Z9QX6 |
| 55 | Amazon | RAPOKZ | A3O8B1X4KPBPSA | B0DT5QZNRM |
| 56 | Amazon | SlarLuxe | A3OCXCC2ACTFJK | B0DP2J98L4 |
| 57 | Amazon | Life needs a smile | A3R946ASQTRMOK | B0DNZ643K3 |
| | | | | B0DNZ6MC34 |
| | | | | B0DNZ6ZPXS |
| 58 | Amazon | UNROXAH | A3TKE2HNKQ5M71 | B0F4BXNFT3 |
| 59 | Amazon | Hello awesome store | A3UOLSZN9WP5N9 | B0BX632DCV |
| | | | | B0BX63KN6S |
| | | | | B0BX64NQKC |
| 60 | Amazon | RECOPS | A45AL0Q5ZDHAN | B0DRP7PQB9 |
| 61 | Amazon | UJIURU | A5MIDBY3QO5HQ | B0DL59Y6GF |
| | | | | B0DL5C1WLW |
| | | | | B0DL5CVSZB |
| 62 | Amazon | hauwuduanhappy | A8FG27IZG5X6 | B0DSPSQ45K |
| 63 | Amazon | UNIKEM | ABNYJA52BCCR1 | B0DRF74JNB |
| 64 | Amazon | Nanyangshixinfengmaoyiyouxiangongsi | ABXFBWS3VOK1D | B0DS1ZN863 |

| 65 | Amazon | Aisong | AD27I95FOCGSO | B0DRNW3CWL |
|---|---|---|---|---|
| 66 | Amazon | flying ant | ADHOCG2L8I2AO | B0DMW4XTVM |
| 67 | Amazon | MorningDisco | ADN855LBZQ5H0 | B0DSFVYBWP |
| 68 | Amazon | HelloSea | AELTF0N0SHW47 | B0DT6YDKVP |
| | | | | B0DT728BF4 |
| | | | | B0DT72H3XD |
| 69 | Amazon | Yuepo Clothing Store | AIM72GBYIOZP1 | B0DY7KKN8M |
| | | | | B0DY7L6HVY |
| 70 | Amazon | fengzhonggood | AJ0SH0Z3WWDJ6 | B0DSMLM48X |
| 71 | Amazon | wushuangfaren | AJZ93YS0BRCI0 | B0D6BKB68G |
| | | | | B0D6BKKNDG |
| | | | | B0D6BKL35F |
| | | | | B0D6BM61N2 |
| 72 | Amazon | ztiansiz | AKB0B7SQQ7GGX | B0DLFZG48S |
| | | | | B0DLFZK8CH |
| | | | | B0DLG1LNLY |
| | | | | B0DLG27NK2 |
| 73 | Amazon | Merco. | AKKEIFY0FL34I | B0DRSKGH5R |
| 74 | Amazon | Guanyang Trading | ALP6HR77GD4X3 | B0DSSYRX4Q |
| 75 | Amazon | tanghexianfeilishangmaoyouxiangongsi | AMHXHIOBOWM8F | B0DT45177S |
| 76 | Amazon | zhaoningshang | AOMDZPZAO0P2W | B0DMDT4W4W |
| | | | | B0DMF1PGDQ |
| | | | | B0DMF2M97H |
| 77 | Amazon | GOOD US | APKNP7B9F56TP | B0DT5RJG9R |
| 78 | Amazon | Nanyangjiangchubaihuoyouxiangongsi | AQCWRCXGCS2M7 | B0DSZDZGYC |
| 79 | Amazon | For the best you | AT2DJGANC1662 | B0DNKHQQRM |
| | | | | B0DNKJGXS8 |
| | | | | B0DNKJGXWX |
| 80 | Amazon | As good as gold | AWQBDVULV823P | B0F2T9YQCR |
| | | | | B0F2TBQBVF |
| 81 | Amazon | nwm2025 | AX6Z0EV5A1FVF | B0DPL38WX9 |
| | | | | B0DPL3TS8V |
| | | | | B0DPL4DCJQ |
| | | | | B0DPL4DCJR |
| | | | | B0DPL68BWT |
| 82 | Amazon | JINGPAIYUKE | AX7C7BCJYWZJ6 | B0DSLT2XWT |
| 83 | Amazon | MnPalettey | AXFB9MQMSFYSZ | B0CLP8H2JC |
| | | | | B0CLP8J66K |
| | | | | B0CLP8Z7H8 |
| 84 | eBay | adulttoy | adulttoy | 394348346164 |
| | | | | 394348346236 |
| | | | | 394455664446 |
| | | | | 394455664529 |
| 85 | eBay | aujiner | aujiner | 285280807173 |

| | | | | |
|---|---|---|---|---|
| 86 | eBay | dejinsaier | dejinsaier | 185899173866 |
| | | | | 185899174321 |
| | | | | 185904488723 |
| 87 | eBay | dobestde | dobestde | 304940112767 |
| | | | | 304955586699 |
| | | | | 304955587693 |
| 88 | eBay | kinguk628 | kinguk628 | 374705738359 |
| | | | | 374705747403 |
| 89 | eBay | kksale168 | kksale168 | 204213158549 |
| | | | | 204239105669 |
| 90 | eBay | maigukeji | maigukeji | 334788660207 |
| | | | | 334826711199 |
| | | | | 334829399522 |
| 91 | eBay | StarsDealsUS | starde5661 | 375944304531 |
| 92 | Walmart | Mint green chocolate chips | 102641492 | 14304572262 |
| | | | | 14304622622 |
| | | | | 14306016950 |
| | | | | 14313651681 |
| | | | | 14318073014 |
| | | | | 14318173277 |
| | | | | 14318173900 |
| | | | | 14326674859 |
| | | | | 14326724267 |
| | | | | 14326924304 |
| | | | | 14326969051 |
| | | | | 14328050752 |
| | | | | 14332659687 |
| | | | | 14332759355 |
| | | | | 14338017018 |
| | | | | 14340358113 |
| | | | | 14342852534 |
| | | | | 14346304960 |
| | | | | 14348712495 |
| | | | | 14348718801 |
| | | | | 14348762966 |
| | | | | 14349223587 |
| | | | | 14349223593 |
| | | | | 14350370414 |
| | | | | 14350420664 |
| | | | | 14351103768 |
| | | | | 14351203010 |
| | | | | 14352113164 |
| | | | | 14352213185 |
| | | | | 14352213351 |
| | | | | 14357524339 |
| | | | | 14358506001 |
| | | | | 14358556290 |
| | | | | 14368467162 |
| | | | | 14368467278 |

| | | | | |
|---|---|---|---|---|
| | | | | 14368955182 |
| | | | | 14369005192 |
| | | | | 14369005540 |
| | | | | 14369005563 |
| | | | | 14369105560 |
| | | | | 14369460191 |
| | | | | 14369510119 |
| | | | | 14370308826 |
| | | | | 14370308838 |
| | | | | 14372615036 |
| | | | | 14372615802 |
| | | | | 14376402127 |
| | | | | 14377404837 |
| | | | | 14377404873 |
| | | | | 14383070739 |
| | | | | 14390256536 |
| | | | | 14398510757 |
| | | | | 14398560749 |
| | | | | 14398610919 |
| | | | | 14420022203 |
| | | | | 14431701915 |
| | | | | 14432201020 |
| | | | | 14441869049 |
| | | | | 14445500667 |
| | | | | 14446200298 |
| | | | | 14446250264 |
| | | | | 14446624310 |
| | | | | 14454658078 |
| | | | | 14454709570 |
| | | | | 14454759502 |
| | | | | 14454759572 |
| | | | | 14454809696 |
| | | | | 14454859038 |
| | | | | 14454859834 |
| | | | | 14455008811 |
| | | | | 14455058982 |
| | | | | 14467514487 |
| | | | | 14467964868 |
| | | | | 14468064871 |
| | | | | 14468068351 |
| | | | | 14468068357 |
| | | | | 14468114592 |
| | | | | 14468114636 |
| | | | | 14468118814 |
| | | | | 14468214412 |
| | | | | 14468214612 |
| | | | | 14468870597 |
| | | | | 14484110608 |
| | | | | 14484210391 |

|  |  |  |  | 14484210499 |
|---|---|---|---|---|
|  |  |  |  | 14484260993 |
|  |  |  |  | 14484360988 |
|  |  |  |  | 14492215713 |
|  |  |  |  | 14350514457 |
|  |  |  |  | 14382014349 |
| 93 | Walmart | LAWOR Co.Ltd | 101127586 | 15255614005 |
| 94 | Walmart | YAOSHENG-US INC | 101273176 | 14837422056 |
|  |  |  |  | 14857324882 |
|  |  |  |  | 14868069983 |
|  |  |  |  | 14884204436 |
|  |  |  |  | 14884254860 |
|  |  |  |  | 14893456267 |
|  |  |  |  | 15017654765 |
|  |  |  |  | 15018363984 |
| 95 | Walmart | NengDaiJing | 101631037 | 16298469269 |
|  |  |  |  | 16329367975 |
| 96 | Walmart | Miakty | 101633876 | 14810500700 |
|  |  |  |  | 14819804788 |
|  |  |  |  | 14824412930 |
| 97 | Walmart | Jessi | 102480609 | 15579673350 |
|  |  |  |  | 15902152331 |
|  |  |  |  | 15917570572 |
|  |  |  |  | 15937265265 |
| 98 | Walmart | ququZ | 102484318 | 15937265265 |
| 99 | Walmart | Lvke Co., Ltd. | 102488024 | 15186263563 |
|  |  |  |  | 15206555375 |
| 100 | Walmart | TrueValueHub | 102613812 | 13635456123 |
| 101 | Walmart | HWongei | 102631929 | 13769504369 |
|  |  |  |  | 13893318985 |
|  |  |  |  | 13981523001 |
| 102 | Walmart | wuziwei | 102632997 | 14939553728 |
| 103 | Walmart | zhangshuailing | 102638409 | 13904619892 |
|  |  |  |  | 13907321322 |
|  |  |  |  | 13915967610 |
|  |  |  |  | 13919352518 |
|  |  |  |  | 13924611155 |
|  |  |  |  | 13927204743 |
|  |  |  |  | 13927264348 |
|  |  |  |  | 13935070637 |
|  |  |  |  | 13949215647 |
|  |  |  |  | 13997072012 |
|  |  |  |  | 13998022255 |
|  |  |  |  | 14003366419 |
|  |  |  |  | 14016573675 |
|  |  |  |  | 14020574240 |
|  |  |  |  | 14033617221 |
|  |  |  |  | 14038154891 |

| | | | | |
|---|---|---|---|---|
| | | | | 14038761196 |
| | | | | 14039664856 |
| | | | | 14040661717 |
| | | | | 14040968419 |
| | | | | 14043363793 |
| | | | | 14048356792 |
| | | | | 14363254793 |
| | | | | 14374657103 |
| | | | | 14664773302 |
| | | | | 14686821274 |
| | | | | 14689359413 |
| | | | | 14689359414 |
| | | | | 14704314571 |
| | | | | 14722005360 |
| | | | | 14020671912 |
| | | | | 14047470325 |
| | | | | 14048356239 |
| | | | | 14052807999 |
| | | | | 14062065894 |
| | | | | 14357808564 |
| | | | | 14367853093 |
| | | | | 14384410457 |
| 104 | Walmart | SHUNBOCo.Ltd | 102638410 | 13754268036 |
| 105 | Walmart | liuguangshi | 102638949 | 13906809754 |
| | | | | 13908721086 |
| | | | | 13921258061 |
| | | | | 13928364812 |
| | | | | 13930018802 |
| | | | | 13999916634 |
| | | | | 14007523993 |
| | | | | 14013871677 |
| | | | | 14016773667 |
| | | | | 14018874885 |
| | | | | 14023800257 |
| | | | | 14030919464 |
| | | | | 14038968059 |
| | | | | 14045970109 |
| | | | | 14049906518 |
| | | | | 14653822820 |
| | | | | 14690500075 |
| | | | | 14690500971 |
| | | | | 14690600240 |
| | | | | 14704462475 |
| | | | | 14720656245 |
| | | | | 13927154045 |
| | | | | 13938156414 |
| | | | | 13944407466 |
| | | | | 13990522089 |
| | | | | 14032358370 |

| | | | | |
|---|---|---|---|---|
| 106 | Walmart | linjiaqin | 102641495 | 14121767876 |
| | | | | 13785664896 |
| | | | | 13802107497 |
| | | | | 14108374659 |
| | | | | 15010972380 |
| | | | | 15044121918 |
| | | | | 15049617563 |
| | | | | 15058853865 |
| | | | | 15063464802 |
| | | | | 15063464806 |
| | | | | 15063464807 |
| | | | | 15073110039 |
| | | | | 15092015101 |
| 107 | Walmart | liangzhenyu | 102641504 | 14255270832 |
| | | | | 14255364875 |
| | | | | 14269409658 |
| | | | | 14274060844 |
| | | | | 14286854288 |
| | | | | 14290370940 |
| | | | | 14292753836 |
| | | | | 14298506536 |
| | | | | 14306205720 |
| | | | | 14878923400 |
| | | | | 14900122252 |
| | | | | 14900122896 |
| | | | | 14908673196 |
| | | | | 14913451904 |
| | | | | 14921611238 |
| | | | | 14921912708 |
| | | | | 14921970233 |
| | | | | 14922012035 |
| | | | | 14927957393 |
| | | | | 14935124137 |
| | | | | 14936217104 |
| | | | | 14937708497 |
| | | | | 14948915216 |
| | | | | 14950362241 |
| | | | | 14951264924 |
| | | | | 14968206005 |
| | | | | 14879073662 |
| | | | | 14914913739 |
| | | | | 14922012043 |
| | | | | 14940106407 |
| 108 | Walmart | shuyan | 102717888 | 15579673350 |
| 109 | Walmart | zimaoyishangmao | 102735873 | 15917570572 |
| | | | | 15937265265 |
| 110 | Walmart | qiaosanDD | 102738607 | 15579673350 |

| 111 | Walmart | qidandd | 102748642 | 15579673350 |
|---|---|---|---|---|
| 112 | Walmart | niushuwen | 102749735 | 15902616651 |
| | | | | 15964963858 |
| | | | | 15965111305 |
| 113 | Walmart | fengjie | 102762789 | 15902152331 |
| | | | | 15987653635 |
| 114 | Walmart | songzibin | 102764280 | 15999418772 |
| 115 | Walmart | hanxuhaomaoyi | 102806089 | 16413712018 |